**Electronically Filed**
**Supreme Court**
**29664**
**07-OCT-2010**
**01:57 PM**

NO. 29664

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

WAYNE MORI CROWELL,
Petitioner/Petitioner-Appellant

vs.

STATE OF HAWAIʻI,
Respondent/Respondent-Appellee

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(S.P.P. NO. 08-1-0008; CR. NO. 57156)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Acoba, J., for the court[1])

The Application for Writ of Certiorari filed on
August 30, 2010 by Petitioner/Petitioner-Appellant Wayne Mori
Crowell is hereby rejected.

DATED:  Honolulu, Hawaiʻi, October 7, 2010.

FOR THE COURT:

/s/ Simeon R. Acoba, Jr.

Associate Justice

Taryn R. Tomasa, Deputy
Public Defender, on the
application for
petitioner/petitioner-appellant.

_____

[1]     Considered by:  Recktenwald, C.J., Nakayama, Acoba, and Duffy,
JJ., and Circuit Judge Kim, assigned due to a vacancy.